USCA1 Opinion

 

 United States Court of Appeals For the First Circuit ____________________ No. 97-1785 KEVIN G., A MINOR, BY JO-ANN AND ROBERT G., HIS PARENTS AND NEXT FRIENDS, Plaintiffs, Appellants, v. CRANSTON SCHOOL COMMITTEE AND KATHLEEN F. DELUCA IN HER OFFICIAL CAPACITY AS TREASURER FOR THE CITY OF CRANSTON, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, U.S. District Judge] ____________________ Before Stahl, Circuit Judge, Aldrich and Coffin, Senior Circuit Judges. ____________________ Richard J. Savage for appellants. William F. Holt, Assistant City Solicitor, for appellees. ____________________ November 17, 1997 ____________________ -1- Per Curiam. Kevin G. is an eleven year-old boy who suffers from several medical conditions, including respiratory problems requiring use of a tracheal tube for breathing. He appeals the decision by the Cranston school district, upheld by the district court, to place him in the Gladstone school rather than his neighborhood school, the Waterman school. We affirm.  Kevin  G.'s  medical conditions require that he receive medical care  at  school,  including a full-time nurse. Gladstone is the only elementary  school in the Cranston school district with a full-time nurse. Kevin G. acknowledges this, but argues that the school district has the responsibility to move a nurse teacher to Waterman.   In  a  thorough  opinion, the district court explained that while  the  Individuals with Disabilities Education Act ("the Act"), 20 U.S.C. SS 1411-1415, requires the school district to provide a free  appropriate education for children with disabilities, it does not  require  optimal  results. See Kevin G. by Jo-Ann G. v. Cranston School  Committee, 965 F. Supp. 261 (D. R.I. 1997). Thus, while it may be preferable for Kevin G. to attend a school located minutes from his home, placement in Gladstone satisfies the Act. Gladstone,  which is located only three miles from Kevin G.'s home, meets all his educational and medical requirements. The school district has an obligation to provide a school placement which includes a nurse on duty full-time, but it is not required to change the district's placement of nurses when, as in this case, care is readily available at another easily accessible school.  -2- Accordingly, we agree with the district court that the Gladstone placement satisfies the requirements of the Act.  Affirmed.   .  -3-